**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00015-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. HECTOR JOHN RUIZ,
2. CHALKIE DONALD LANGLEY,
3. JULIO CESAR IBARRA,
4. JAIME DOMINGUEZ,
5. ROBERTO SAMMY HERNANDEZ,
6. STEPHANIE MARIE PEREZ,
7. ALPHONSO LOYA-MEDINA, and
8. HECTOR MELENDEZ,
      a/k/a "Robert Estrada-Sanchez,"

      Defendants.

## MINUTE ORDER[1]

      At the request of counsel, a Status Conference is set for **February 4, 2010**, at 1:15 p.m., at which counsel and the defendants shall appear without further notice or order of the court.  To the extent necessary, the U.S. Marshal shall assist in securing the defendants' appearances for this hearing.

      Dated:  January 19, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.