IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR JOHN RUIZ,
**2. CHALKIE DONALD LANGLEY,**
3. JULIO CESAR IBARRA,
4. JAIME DOMINGUEZ,
5. ROBERTO SAMMY HERNANDEZ,
6. STEPHANIE MARIE PEREZ,
7. ALPHONSO LOYA-MEDINA, and
8. HECTOR MELENDEZ,
    a/k/a "Robert Estrada-Sanchez,"

    Defendants.

## MINUTE ORDER[1]

On February 3, 2010, counsel appeared in chambers to obtain trial dates.

**IT IS ORDERED** as follows:

That the extant **Trial Preparation Conference Order** [#51] filed January 19, 2010, shall apply to defendant (2) Chalkie Donald Langley.

    Dated: February 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.