**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00015-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR JOHN RUIZ,
2. CHALKIE DONALD LANGLEY,
3. JULIO CESAR IBARRA,
4. JAIME DOMINGUEZ,
5. ROBERTO SAMMY HERNANDEZ,
6. STEPHANIE MARIE PEREZ,
7. ALPHONSO LOYA-MEDINA, and
8. HECTOR MELENDEZ,
    a/k/a "Robert Estrada-Sanchez,"

    Defendants.

# ORDER

**Blackburn, J.**

The matter before me is the **Government's Motion To Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions To Attorney for Defendants** pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure [#72] filed January 26, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions To Attorney for Defendants** pursuant to Rule 6(e)(3)(E)(I) of the Federal Rules of Criminal Procedure [#72] filed

January 26, 2010, is **GRANTED**;

    2. That copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial; and

    3. That the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

    Dated April 15, 2010, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge