**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00015-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CHALKIE DONALD LANGLEY,

    Defendant.

---

**MINUTE ORDER**[1]

---

On the oral request of the parties, the sentencing hearing set for August 11, 2011, is **VACATED** and is **RESET** to **June 20, 2011**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: April 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.