# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00015-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. CHALKIE DONALD LANGLEY,

    Defendant.

## MINUTE ORDER[1]

Due to a conflict arising on the court's calendar, the sentencing hearing set for June 20, 2011, is **VACATED** and is **CONTINUED** to **June 21, 2011**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: May 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.